THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

James and Jill Rockstad,

Plaintiffs,

vs.

Scripto-Tokai Corporation and Tokai Corporation,

Defendants.

**ORDER EXTENDING TIME IN WHICH TO INTERPOSE AN ANSWER TO MOTION PURSUANT TO RULE 12**

Court File No. 01-CV-2063 DSD/JMM

UPON THE FILES, pleadings, and proceedings herein, including the Stipulation of counsel:

IT IS HEREBY ORDERED:

1. That Defendant Scripto-Tokai Corporation may have an extension of time, until January 14, 2002, in which to interpose an answer or motion pursuant to Rule 12 in connection with the Complaint herein.

Dated: 12/20, 20001

By ______________________
U.S. Magistrate Judge John M. Mason

781738

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

James and Jill Rockstad,

Plaintiffs,

vs.

Scripto-Tokai Corporation and Tokai Corporation,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO INTERPOSE AN ANSWER OR OTHER PLEADING**

Court File No. 01-CV-2063
DSD/JMM

IT IS HEREBY STIPULATED AND AGREED that Defendant Scripto-Tokai Corporation, may have an extension of time, until January 14, 2002, to interpose an answer or motion pursuant to Rule 12 in connection with the Complaint herein.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

Dated: 12-20, 2001

By ______________________
Brian A. Wood (141680)
Paul B. Kohls (295243)
Attorneys for Defendants Scripto-Tokai Corporation and Tokai Corporation
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

YOST & BAILL, L.L.P.

Dated: 12-20, 2001

By ______________________
Steven L. Theesfeld (#216860)
Attorneys for Plaintiff
2350 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-6000

781731

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______