**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**James and Jill Rockstad,**

**Plaintiffs,**

**vs.**

**Scripto-Tokai Corporation and Tokai Corporation,**

**Defendants.**

**Civil 01-2063 ADM/SRN**

**O R D E R**

---

Based upon all the files, records and proceedings herein, and upon agreement of the parties,

**IT IS HEREBY ORDERED**:

1. That upon Plaintiff's receipt of copies of a new box of documents produced by Defendant on March 11, 2002, Plaintiff is granted two (2) weeks in which to serve a Supplemental Response to Defendant Tokai Corporations's Motion to Dismiss. The Supplemental Response should be limited to ten (10) pages;

2. That upon service of Plaintiff's Supplemental Response to Defendant Tokai Corporation's Motion to Dismiss, Defendant Tokai Corporation shall have one (1) week in which to serve a Reply on Plaintiff and file all corresponding documents with the Court. The Reply should be limited to ten (10) pages.

MAR 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 18, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge